UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANCOIS ABESSOLO,
:
: NO. 1:11-CV-0680
Plaintiff,
:
:
v.
: **ORDER**
:
:
SARA SMITH, et al.,
:
:
Defendants.
:

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 39), to which no objections were filed. In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion to transfer (doc. 36) be denied.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court agrees with the Magistrate Judge's assessment and adopts and affirms the report in its entirety. Accordingly, Plaintiff's motion to transfer is DENIED (doc. 36) and Defendants' motion to strike is DENIED (doc. 38).

Further, the Court DIRECTS the Clerk's Office to reject any future pleadings or motions from either party in this matter. By order of this Court, this matter was closed on the Court's docket on May 2, 2012. The Court thus no longer has

jurisdiction to entertain filings from the parties to this matter. As previously noted by this Court, Plaintiff has been attempting to litigate purely state-law matters in this federal court. Should he wish to continue to pursue what claims he believes he has, he must do so in state, not federal, court. The Court accordingly further DIRECTS the Clerk's Office that any future pleadings, motions, or other documents tendered by Plaintiff for filing in this action be returned to Plaintiff with the following notice: "No further documents can be filed in this closed case, per order of the District Court."

SO ORDERED.

Dated: September 5, 2012 /s/ S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge